IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-00471-WDM-MJW

GREGG STOUFFER,

Plaintiff,

v.

KROENKE SPORTS ENTERPRISES, LLC,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Todd J. Narum's Motion to Withdraw (docket no. 83) is GRANTED finding good cause shown.  Mr. Narum is withdrawn as co-counsel for the Plaintiff.

     It is FURTHER ORDERED that the Clerk of the Court shall turn off Mr. Narum's electronic notification after the service of this order.

Date:  September 23, 2005