IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-00471-WDM-MJW

GREGG STOUFFER,

    Plaintiff,

v.

KROENKE SPORTS ENTERPRISES, LLC,

    Defendant.

## MINUTE ORDER

The following Minute Order is entered by Judge Walker D. Miller:

In light of the pending settlement, all pending motions are deemed moot.

Dated:  October 27, 2005

                                                        _____
                                                        /s/ Jane Trexler, Secretary/Deputy Clerk